IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GREGORY R. GREGORY                                                    PLAINTIFF

v.                                         CIVIL NO. 08-6085

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                         DEFENDANT

## ORDER

On this 22nd day of December 2009, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to 42 U.S.C. § 406(b). For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on December 3, 2009, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2123.50.

IT IS SO ORDERED.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 2 2 2009

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

AO72A
(Rev. 8/82)